C. S. Anderson, Plaintiff in Error, v. A. I. Hogeboom, et al., Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Bay.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*John H. Carter,* for Plaintiff in Error;

No appearance for Defendant in Error.

---

Green Hare, et al., Plaintiffs in Error, v. Robert Williams, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Jackson.

Writ of Error dismissed on motion of counsel for defendant in error.

*W. E. B. Smith,* for Plaintiff in Error;

*Thos. E. Walker,* for Defendant in Error.

---